**JOSEPH W. CHARLES, P.C.**
**5704 West Palmaire Avenue**
**Post Office Box 1737**
**Glendale, Arizona  85311-1737**
**Telephone:  (623) 939-6546**
**Fax:  (623) 939-6718**
**Email:  attyjcharles@joecharles.com**

JOSEPH W. CHARLES, SBN 003038
Attorneys for Debtors/Plaintiffs

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 Proceedings |
| MARVIN R. ROSE and LORETTA J. ROSE, | Adv. Proc. No. 2:09-ap-01628-SSC |
| Debtors. | Case No. 2:09-bk-16494-SSC |
| MARVIN R. ROSE and LORETTA J. ROSE, | **NOTICE OF LODGING JUDGMENT** |
| Plaintiffs, vs. | RE:  Real Property Located at 16193 West Davis Road Surprise, Arizona  85374-5749 |
| BAC HOME LOANS SERVICING, LP, Defendants; and EDWARD J. MANEY, CHAPTER 13 TRUSTEE | |

**NOTICE IS HEREBY GIVEN** that JOSEPH W. CHARLES, P.C., attorneys for the Debtors/Plaintiffs, MARVIN R. ROSE and LORETTA J. ROSE, have on this date, lodged with the Honorable Sarah Sharer Curley, the Judgment.

**RESPECTFULLY SUBMITTED** this 14th day of January, 2010.

              **JOSEPH W. CHARLES, P.C.**

           BY:  /s/ Joseph W. Charles
             Joseph W. Charles
             Attorneys for Debtors/Plaintiffs