# Notice Recipients

District/Off: 0970−2  User: vargasr  Date Created: 1/19/2010
Case: 2:09−ap−01628−SSC  Form ID: dfltprse  Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty   JOSEPH W. CHARLES   Joseph W. Charles, P.C.   PO BOX 1737   GLENDALE, AZ 85311−1737

TOTAL: 1