FORM−ntrydflt

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:  Case No.: 2:09−bk−16494−SSC

    MARVIN L ROSE and LORETTA M ROSE  Chapter: 13
*Debtor(s)*

---

    MARVIN L ROSE  Adversary No.: 2:09−ap−01628−SSC
    et al.
*Plaintiff(s)*

v.

    BAC HOME LOANS SERVICING, LP
    et al.
*Defendant(s)*

## ENTRY OF DEFAULT

It appears from the record that the following defendant(s) have failed to plead or otherwise defend in this case as required by law.

BAC HOME LOANS SERVICING, LP

Therefore, default is entered against the above−named defendant(s) as authorized by **Federal Rule of Bankruptcy Procedure 7055**.

**Date: January 20, 2010**

**Address of the Bankruptcy Clerk's Office:**  Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101  **Brian D. Karth**
Phoenix, AZ 85003−1727
Telephone number:  (602) 682−4000
www.azb.uscourts.gov

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: vargasr              Page 1 of 1            Date Rcvd: Jan 20, 2010
Case: 09-01628                Form ID: ntrydflt          Total Noticed: 5
```

The following entities were noticed by first class mail on Jan 22, 2010.
```
aty           JOSEPH W. CHARLES,    Joseph W. Charles, P.C.,    PO BOX 1737,    GLENDALE, AZ   85311-1737
dft           BAC HOME LOANS SERVICING, LP,    PO BOX 10219,    VAN NUYS, CA  91410-0219
dft          +Edward J. Maney,    Edward J. Maney, Trustee,    P.O. Box 10434,    Phoenix, AZ 85064-0434
pla          +LORETTA M ROSE,    16047 W TARA LANE,    SURPRISE, AZ 85374-7848
pla          +MARVIN L ROSE,    16047 W TARA LANE,    SURPRISE, AZ 85374-7848
```
The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 22, 2010**                    Signature:    *Joseph Speetjens*

Case 2:09-ap-01628-SSC   Doc 13   Filed 01/20/10   Entered 01/22/10 23:54:41   Desc
Imaged Certificate of Service   Page 2 of 2